No. 1027. MALLINCKRODT v. COMMISSIONER OF INTERNAL REVENUE. April 9, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth

Circuit denied. *Messrs. Daniel N. Kirby, Charles P. Williams, Homer Cummings, Max O'Rell Truitt* and *Mac Asbill* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Robert N. Anderson* and *Bernard Chertcoff* for respondent.